UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MUTUAL FUND STORE, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> TMFS-FRESNO, LLC, et al., <br><br> Defendants. | CASE NO. CV F 13-1771 LJO SAB <br><br> **ORDER TO DISMISS AND CLOSE ACTION** <br> (Doc. 10.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;

2. VACATES all pending matters and dates, including the December 9, 2013 hearing on plaintiff's preliminary injunction motion, the December 30, 2013 hearing on defendants' motion to dismiss, and the February 18, 2014 scheduling conference. These dates are deemed moot with plaintiff's voluntary dismissal; and

3. DIRECTS the clerk to close this action.

This Court will take no further action in this case.

IT IS SO ORDERED.

Dated: **November 25, 2013**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28